UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| WILLIAM LUSK,<br>Plaintiff,<br>v.<br>SANTA RITA JAIL, et al.,<br>Defendants. | Case No. 24-cv-02103-PCP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court dismissed Plaintiff's original and first amended complaints for failure to state a cognizable claim. Dkt. Nos. 11, 18. Upon Plaintiff's motion, the Court granted Plaintiff an extension of time to file his second amended complaint. Dkt. No. 20. Plaintiff's Second Amended Complaint was due by October 2, 2026, but has not been filed. *See id.; see generally* Dkt.

Because Plaintiff failed to amend despite opportunity and a warning of the consequences, after having twice failed to identify a cognizable claim, this action is **DISMISSED** with prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141–42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend, and stating that such a dismissal constituted a "strike" under the PLRA).

If Plaintiff believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file a second amended complaint in accordance with the Court's previous order **and** a motion with the words MOTION TO REOPEN written on the first page.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge